1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MIGUEL ANGEL LORETO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    CASE NO. CR-S-10-103 EJG
                                    )
12              Plaintiff,          )
                                    )
13       v.                         )    STIPULATION AND ORDER TO CONTINUE
                                    )    STATUS HEARING AND TO EXCLUDE TIME
14 MIGUEL ANGEL LORETO,             )    PURSUANT TO THE SPEEDY TRIAL ACT
                                    )
15              Defendant.          )
   _____)

16       This case is currently scheduled for a status hearing on May 7,  2010.  The attorneys for both parties

17 have conferred and agree that additional time is needed for defense preparation and meetings between the

18 parties with the goal being to resolve the case by way of a disposition.

19       The parties, through their respective counsel, hereby stipulate and agree that the status conference

20 scheduled in this case for May 7, 2010, be continued until June 11, 2010.  In addition, the parties stipulate

21 that the time period from May 7, 2010, to June 11, 2010, be excluded under the Speedy Trial Act (18

22 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the

23 reasonable time to prepare.

24       A proposed order is attached and lodged separately for the court's convenience.

25

26

27

28                                  1

DATED:May 5, 2010

                    Respectfully submitted,

BENJAMIN B. WAGNER                    DANIEL BRODERICK
United States Attorney                Federal Defender


/s/ Lexi Negin for                    /s/ Lexi Negin
MICHAEL ANDERSON                      LEXI NEGIN
Assistant U.S. Attorney               Assistant Federal Defender
Attorney for United States            Attorney for Miguel Angel Loreto

        For the reasons set forth in the stipulation of the parties, filed on May 5, 2010,  IT IS HEREBY

ORDERED that the status conference currently scheduled for May 7, 2010,  be vacated and that the case be

set for **Friday, June 11, 2010, at 10:00 a.m.**  The Court finds that the ends of justice to be served by

granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 5, 2010

stipulation, the time under the Speedy Trial Act is excluded from May 7, 2010, through June 11, 2010,

pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel

with the reasonable time to prepare.


Dated: May 5, 2010



                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE

1