DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL LORETO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-103 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE STATUS HEARING AND TO SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MIGUEL ANGEL LORETO, | |
| Defendant. | |

This case is currently scheduled for status conference on June 11, 2010. The attorneys for both parties have conferred and agree that the status conference hearing date be vacated and a change of plea hearing date of June 18, 2010, at 10:00 a.m. be set.

This continuance is being requested because the parties are working on a resolution of the case and need more time to revise the plea agreement.

It is further stipulated and agreed between the parties that the period from June 11, 2010, through and including June 18, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 9, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>MICHAEL ANDERSON<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Miguel Angel Loreto |

O R D E R

For the reasons set forth in the stipulation of the parties, filed on June 9, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for June 11, 2010, be vacated and that the case be set for change of plea hearing on **Friday, June 18, 2010, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 9, 2010 stipulation, the time under the Speedy Trial Act is excluded from June 11, 2010, through June 18, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 8, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

1