1 | CLEMENTE M. JIMÉNEZ, SBN 207136
2 | 428 J Street, Suite 355
  | Sacramento, CA 95814
3 | (916) 443-8055

4 | Attorney for Defendant
5 | MIGUEL ANGEL LORETO



FILED

JUL 1 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

6 | IN THE UNITED STATES DISTRICT COURT

7 | FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9 | UNITED STATES OF AMERICA,          Case No.: 10-103 EJG

10

11 |          Plaintiff,               STIPULATION AND ORDER
                                       VACATING DATE, CONTINUING
12 | v.                                CASE, AND EXCLUDING TIME

13 | MIGUEL ANGEL LORETO,              DATE:  July 9, 2010
14 |          Defendant.              TIME:  10:00 a.m.
                                       JUDGE: Hon. Edward J. Garcia.
15

16

17 | IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18 | Michael Anderson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel

19 | for Defendant MIGUEL ANGEL LORETO, that the status conference scheduled for July

20 | 9, 2010, at 10:00 a.m., be vacated and the matter continued to this Court's criminal

21 | calendar on August 27, 2010, at 10:00 a.m. for further status conference.

22 | Defense counsel seeks additional time to prepare and confer with his client.

23 |          IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18

24 | U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

25 | (Local code T-4), and that the ends of justice served in granting the continuance and

26 | allowing the defendants further time to prepare outweigh the best interests of the public

27 | and the defendant to a speedy trial.

28

StipCont.070910.doc          - 1 -
07/08/10

1   DATED:      July 8, 2010                   /S/    Michael Anderson
2                                              MICHAEL ANDERSON
                                               Attorney for Plaintiff
3

4                                              /S/    Clemente M. Jiménez
5                                              CLEMENTE M. JIMÉNEZ
                                               Attorney for Miguel Loreto
6

7
                                    **ORDER**
8

9   IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled

10  for July 9, 2010, at 10:00 a.m., be vacated and the matter continued to August 27, 2010,

11  at 10:00 a.m. for further status conference. The Court finds that time under the Speedy

12  Trial Act shall be excluded through that date in order to afford counsel reasonable time to

13  prepare. Based on the parties' representations, the Court finds that the ends of justice

14  served by granting a continuance outweigh the best interests of the public and the

15  defendants to a speedy trial.

16  This ___8 th___ day of July, 2010

17

18                                             _____
19                                             HON. EDWARD J. GARCIA
                                               United States District Judge
20

21

22

23

24

25

26

27

28

StipCont.070910.doc                    - 2 -
07/08/10